I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL, POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Petitioner
(OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: 2/2/2010

_____
DEPUTY CLERK

"O"
FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

FEB - 2 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE ADRIAN WAGNER,<br><br>              Petitioner,<br><br>  vs.<br><br>MATHEW CATES, Secretary of the California Department of Corrections and Rehabilitation,<br><br>              Respondent. | Case No. EDCV 09-2266-AG (RNB)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed herein. The Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

      IT THEREFORE IS ORDERED that Judgment be entered summarily denying the Petition and dismissing this action with prejudice.

DATED: Jan 31, 2010

_____
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE