I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL Petitioner
(OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: 2/2/2010

DEPUTY CLERK

JS-6 Entered

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

FEB - 2 2010

CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE ADRIAN WAGNER,<br><br>Petitioner,<br><br>vs.<br><br>MATHEW CATES, Secretary of the California Department of Corrections and Rehabilitation,<br><br>Respondent. | Case No. EDCV 09-2266-AG (RNB)<br><br>**J U D G M E N T** |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is summarily denied and this action is dismissed with prejudice.

DATED: JAN 31, 2010

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

FEB - 2 2010

CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE